UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER HANLON; DAVID WORMAN; NANCY TREHUB; JEFFREY SACKS; MASS GUN SHOP INC. d/b/a PIONEER VALLEY ARMS; GUN OWNERS' ACTION LEAGUE, INC.; and NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>ANDREA CAMPEBLL, in Her Official Capacity as Attorney General of the Commonwealth of Massachusetts; and TERRENCE M. REIDY, in His Official Capacity as Secretary of the Executive Office of Public Safety and Security of the Commonwealth of Massachusetts,<br><br>　　　　　　Defendants. | Civil Action No. 25-cv-12325 |

**ASSENTED-TO MOTION BY DEFENDANTS**
**FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants, Attorney General Andrea Campbell in her official capacity as the Attorney General of the Commonwealth of Massachusetts, and Terrence M. Reidy, in his official capacity as Secretary of the Executive Office of Public Safety and Security of the Commonwealth of Massachusetts, move to extend the time to file their responsive pleading by 30 days until, and including, **October 24, 2025**. Plaintiffs have consented to the requested extension.

In support of their motion, Defendants state as follows:

1.　　In this action, Plaintiffs bring claims challenging Massachusetts's restrictions on assault-style firearms under the United States Constitution's Second Amendment and Due Process Clause, as incorporated to the states through the Fourteenth Amendment.

1

2.  Plaintiffs filed their complaint in this case on August 21, 2025 and service was completed upon the Defendants on September 3, 2025.

3.  Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendants' deadline to file a responsive pleading is September 24, 2025.

4.  Due to undersigned counsel's conflicting responsibilities and pressing deadlines in other matters, undersigned counsel requires additional time to prepare a responsive pleading.

5.  Among other deadlines, undersigned counsel AAG Gohlke and AAG Macris are both staffed on *Escher v. Campbell* (D. Mass. 25-10389), in which counsel served expert reports on September 10, 2025, and will be engaged in expert discovery through October 22, 2025. AAG Gohlke and AAG Macris are also both staffed on *Capen v. Campbell* (D. Mass. 22-cv-11431), in which counsel is filing an answer to the amended complaint on September 18, 2025 and is engaged in ongoing discovery.

6.  Further, AAG Gohlke is serving a dispositive motion in *AB Carnes Roofing v. Building Code Appeals Board* (Essex Superior Court, 2477CV01273) on September 18, 2025, will appear for a hearing in *Baldassarri v. Automatic Sprinklers Appeals Board* (Essex Superior Court, 2477CV01116) on September 25, 2025, will file a responsive pleading in *Jones v. Mahaniah* (D. Mass. 25-cv-12449) due on October 2, 2025, will file a brief in opposition to a petition for a writ of certiorari due on October 3, 2025 in *Roman v. Board of Registration in Veterinary Medicine* (Supreme Court, 25-138), will serve a dispositve motion in *Harrington v. Board of Appeals* (Suffolk Superior, 2584CV01315) due on October 15, 2025, and is attending to other ongoing litigation matters.

7.  Further, AAG Macris will appear for a hearing on a motion for a preliminary injunction on September 25, 2025, in *Rivera v. EOHLC* (Suffolk Superior, No. 2584CV02170);

has a dispositive motion due on September 29, 2025, in *Moniz v. Division of Marine Fisheries* (Bristol Superior, 2573CV00599); will be participating in full-day training sessions from September 30, 2025, through October 3, 2025; has a dispositive motion due on October 6, 2025, in *Combra v. Contributory Retirement Appeal Board* (Plymouth Superior, 2583CV00256); has a dispositive motion due on October 15, 2025, in *Fitzgerald v. EOHLC* (Norfolk Superior No. 2482CV00915); and is attending to other ongoing litigation matters.

8. The Court has not yet calendared a scheduling conference pursuant to Local Rule 16.1. Allowance of this motion will not delay the progress or disposition of the case, and Plaintiffs have assented to the relief requested in this motion.

9. Counsel for the Plaintiffs has graciously consented to this motion for extension of time by email on September 17, 2025.

WHEREFORE, Defendants respectfully request that the time within which they must file and serve their responsive pleading be extended to, and including, **October 24, 2025**.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | */s/ Grace Gohlke* <br> Grace Gohlke (BBO #704218) <br> Aaron Macris (BBO #696323) <br> Massachusetts Attorney General's Office <br> McCormack Building <br> One Ashburton Place <br> Boston, MA 02108 <br> 617-963-2527 |
| September 18, 2025 | grace.gohlke@mass.gov <br> aaron.macris@mass.gov |

3

**LOCAL RULE 7.1 CERTIFICATION**

 I, Grace Gohlke, hereby certify that, on September 17, 2025, I conferred with counsel for the Plaintiffs by email and counsel indicated that Plaintiffs consent to the requested extension.

             */s/ Grace Gohlke*
             Grace Gohlke, BBO # 704218
             Assistant Attorney General

**CERTIFICATE OF SERVICE**

 I, Grace Gohlke, hereby certify that, on September 18, 2025, a true and accurate copy of this Motion for Extension was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

             */s/ Grace Gohlke*
             Grace Gohlke, BBO # 704218
             Assistant Attorney General